United States District Court
For the Northern District of California

1
2
3 UNITED STATES DISTRICT COURT
4 NORTHERN DISTRICT OF CALIFORNIA
5 EUREKA DIVISION
6
7 MARIO D. MATHIS,
        No. C 13-6011 NJV (PR)
8     Plaintiff,
        **ORDER OF DISMISSAL**
9   v.
10 CONTRA COSTA COUNTY,
11
12     Defendant.
                                /
13
    This is a civil rights case filed pro se by a prisoner. On May 5, 2014, the court
14
dismissed the first amended complaint with leave to amend after discussing its deficiencies.
15
The twenty-eight days to amend has passed and plaintiff has not filed a second amended
16
complaint or otherwise communicated with the court. This case is **DISMISSED** for failure to
17
state a claim.
18
    **IT IS SO ORDERED.**
19
Dated: July 17, 2014.
20
                                    NANDOR J. VADAS
21                                     United States Magistrate Judge
22
G:\PRO-SE\NJV\CR.13\Mathis6011.dis-fta.wpd
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

MARIO D. MATHIS

        Plaintiff,

v.

CONTRA COSTA COUNTY,

        Defendant.

No.1:13-CV-6011 NJV

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on July 17, 2014, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Mario D. Mathis
3448 Mirasol Avenue
Oakland, CA 94605

        /s/ *Linn Van Meter*
        Linn Van Meter
        Administrative Law Clerk to the
        Honorable Nandor J. Vadas

2